IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr389-MHT** |
| | ) | **(WO)** |
| **TIMOTHY CORTEZ ROBINSON** | ) | |

## OPINION AND ORDER

Defendant Timothy Cortez Robinson moved to suppress evidence found during a search by his probation officer of the area under his mattress. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Robinson's motion to suppress be denied. Also before the court are defendant Robinson's objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The objections (doc. no. 20) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 18) is adopted.

(3) The motion to suppress (doc. no. 8) is denied.

DONE, this the 20th day of February, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**
