IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:17cr389-MHT
                              )            (WO)
TIMOTHY CORTEZ ROBINSON       )
```

ORDER

Based on the representations made on the record during the status conference on December 15, 2020, and by agreement of the parties and the United States Probation Office, it is ORDERED that the conditions of defendant Timothy Cortez Robinson's supervised release are modified as follows:

(1) The requirement that defendant Timothy Cortez Robinson receive a mental-health evaluation and twice monthly counseling is suspended until such time as he can obtain treatment for his sleep apnea.  At that point, defendant Robinson and Probation shall comply with the requirement.

(2) The requirement that defendant Robinson reside at Dismas Charities for the first 12 months of his term

of supervised release is suspended in light of the COVID-19 pandemic and defendant Robinson's health issues.  No later than June 14, 2021, Probation shall file a report with the court indicating whether, based on defendant Robinson's conduct up until then and any other appropriate reasons, the condition should be suspended further, reinstated, or eliminated.

DONE, this the 15th day of December, 2020.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE

2