IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr389-MHT |
| | ) | (WO) |
| TIMOTHY CORTEZ ROBINSON | ) | |

ORDER

Based on the status report submitted by the United States Probation Officer regarding defendant Timothy Cortez Robinson (Doc. 55), it is ORDERED that:

(1) The court concurs in the recommendations contained in the status report.

(2) The court adopts the recommendations to temporarily suspend the mental-health condition and residential requirements of defendant Robinson's term of supervised release, until further notice from the United States Probation Officer.

(3) The United States Probation Officer is to file another status report by December 13, 2021.

DONE, this the 16th day of June, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE