IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )       2:17cr389-MHT
                             )           (WO)
TIMOTHY CORTEZ ROBINSON      )
```

## ORDER

Based on the status report submitted by the United States Probation Officer regarding defendant Timothy Cortez Robinson (Doc. 61), it is ORDERED that the status report is approved with the following additional requirements:

(1) The supervising probation officer is to file with the court under seal the mental-health report to be completed by Dr. Kale Kirkland.

(2) In the order (Doc. 60) entered by the court on December 13, 2021, the court required that defense counsel and the supervising probation officer "obtain copies of defendant [Timothy Cortez] Robinson's more recent mental-health evaluation and copies of the earlier evaluations mentioned in the Presentence

Investigation Report (Doc. 45)" and file them "with this court within 14 business days." Order (Doc. 60) at 2. If this has not been done, defense counsel and the supervising probation officer are reminded to do this forthwith.

    DONE, this the 3rd day of January, 2022.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**