IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr389-MHT** |
| | ) | **(WO)** |
| **TIMOTHY CORTEZ ROBINSON** | ) | |

### ORDER

Based on the representations made on the record on February 14, 2022, it is ORDERED that (1) the court will take no action based on the psychiatric report (Doc. 63), and (2), if defendant Timothy Cortez Robinson remains in full compliance with all of the conditions of supervision through the end of December 2022, the court will consider early termination of supervision.

DONE, this the 15th day of February, 2022.

                                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**